## Arlouine Price, Appellee, v. Yellow Cab Company, Appellant.

### Gen. No. 40,712. (Abstract of Decision.)

Heard in second division, first district, this court at June term, 1939; opinion filed May 28, 1940; rehearing denied and opinion modified June 13, 1940. John A. Bloomingston and Benjamin Samuels, for appellant; Ryan, Sinnott & Miller, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."